FILED ____ LODGED
____ RECEIVED
NOV 26 2007
CLERK ... COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARRY DWAYNE MINNFEE,

Petitioner,

v.

ASSOCIATE ATTORNEY GENERAL, U.S. DISTRICT COURT N. D. AMARILLO, MAGISTRATE JUDGE CLINTON E. AVERITTE, AND ROBERT MUELLER,

Respondent.

Case No. C07-5517RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DISMISSED WITHOUT PREJUDICE** for lack of venue. Petitioner is warned that further improper filing may result in sanction as outlined in the Report and Recommendation.

(3) The clerk is directed to send copies of this Order to Petitioner, and to the Hon. J. Kelley Arnold.

DATED this 26th day of November, 2007.

Ronald B. Leighton
United States District Judge

07-CV-05517-ORD