# United States District Court

WESTERN DISTRICT OF WASHINGTON

BARRY DWAYNE MINNFEE

v.

ASSOCIATE ATTORNEY GENERAL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5517RBL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

The petition is **DISMISSED WITHOUT PREJUDICE** for lack of venue. Petitioner is warned that further improper filing may result in sanction as outlined in the Report and Recommendation.

November 27, 2007                                                                   BRUCE RIFKIN
Date                                                                                          Clerk

                                                                                                  *s/CM Gonzalez*
                                                                                                  Deputy Clerk